IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re Rezulin Litigation,           )
                                    )   CIV. S-05-214 GEB GGH
JUDITH AIELLO, et al.,              )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )   ORDER
                                    )
WARNER-LAMBERT COMPANY, LLC, a      )
Delaware corporation, et al.,       )
                                    )
            Defendants.             )
_____)

      Counsel failed to file a status report as required by the Order filed March 30, 2005.  Counsel are warned that sanctions could be imposed under Federal Rule of Civil Procedure 16(f) for a violation of a filing requirement in a Rule 16 scheduling order, and that sanctions could include dismissal of this action or entry of an order striking an answer.

      The status (pretrial scheduling) conference is rescheduled for hearing on August 22, 2005, at 9:00 a.m.  A Joint Status Report, in which the parties need only explain the status of any attempts to

///

transfer this action to <u>In re Rezulin Products Liability Litigation</u>, MDL No. 1348, shall be filed not later than fourteen (14) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: June 13, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge